# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CITY OF JACKSON, MISSISSIPPI**                                                    **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 3:20-CV-280-HTW-LRA**

**JAXON ENERGY LLC, EMERALD PARTNERS,
LLC, SMITTY'S SUPPLY, INC., EDGAR RAY
SMITH III, ZACHARY D. KENT, CHAD E. TATE,
& JASON HENSLEY**                                                                **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CIVIL ACTION is before the Court on the stipulation of the parties for dismissal of this case with prejudice by reason of settlement. The Court finds that the stipulation is well taken and that this action should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that this action be and hereby is fully and finally dismissed.

**SO ORDERED AND ADJUDGED, this the 17th day of June 2021.**

                                                              **s/ Henry T. Wingate**
                                                              **UNITED STATES DISTRICT COURT JUDGE**

Agreed & stipulated:


/s/ Merrida Coxwell
Merrida Coxwell, attorney for plaintiff


/s/ Lewis W. Bell
Lewis W. Bell, attorney for defendants